IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORLANDO O'FARRILL LAMB,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL P. ADAMS and TITAN CORPORATION, LLC,<br><br>Defendants. | CASE NUMBER:  4:17-cv-00129-RP-SBJ<br><br><br>**AMENDED COMPLAINT AND JURY DEMAND** |

**COMES NOW** the Plaintiff, Orlando O'Farrill Lamb, by and through his undersigned attorneys, and for his cause of action against the Defendants Michael P. Adams and Titan Corporation, LLC, states unto the Court as follows:

**Parties and Jurisdiction**

1. That at all times material hereto, the Plaintiff, Orlando O'Farrill Lamb (hereinafter referred to as "Lamb"), was a resident of Des Moines, Polk County, Iowa.

2. On information and belief, at all times pertinent hereto, the Defendant Michael P. Adams (hereinafter referred to as "Defendant Adams"), was a resident of Wasilla, Matanuska-Susitna Borough, Alaska,

3. On information and belief, at all times pertinent hereto, Defendant Titan Corporation, LLC (hereinafter referred to as "Defendant Titan"), was a Missouri limited liability corporation with its principal offices in Springfield, Greene County, Missouri.

4. That the Plaintiff hereby certifies that this action meets all applicable jurisdictional requirements for amount in controversy.

5. That the Polk County District Court is the proper venue for this action in that the Plaintiff resides in Polk County, Iowa and the place of injury is in Polk County, Iowa.

**Facts**

6. On or about August 10, 2016, Plaintiff Lamb was operating his vehicle eastbound on Interstate I-80 at or near the 135.4 mile marker traveling in the far right lane of the three eastbound lanes.

7. That Defendant Adams, driving a 2007 Western Star Tractor, owned by Defendant Titan, was traveling in the center eastbound lane. The far left lane was closed due to construction with traffic cones and barrels blocking it off. As Defendant Adams began to pass the Lamb vehicle it veered into the right lane and struck the rear of the Lamb vehicle causing it to spin sideways in front of Defendant Adams' vehicle wherein it struck the Lamb vehicle causing it to spin out of the center lane and into the closed far left construction lane where it came to rest next to the concrete median wall.

8. That Defendant Adams did not sotp at the scene, instead it stopped a short distance away to check his vehicle for damage then proceeded eastbound until he was stopped at the Colfax interchange by investigating officers.

9. That Iowa State Parol Officer Clark, Badge No. 395 reported to the scene of the collision and cited Defendant Adams with Improper Use of Lanes and Leaving Scene of Accident-Injury.

**COUNT I - Negligence**

10. Plaintiff Lamb reasserts paragraphs 1-9 as fully set forth herein.

11. That at said time and place, the motor vehicle collision was caused by the negligence of Defendant Adams, including, but not limited to, the following specifications of negligence:

      a. failure to keep a safe lookout;

      b. Operating a motor vehicle while under the influence of alcohol and/or controlled substance;

      c. improper use of lanes;

      d. failure to have a vehicle under control; and

      e. failure to operate a vehicle in a safe and prudent manner.

      f. leaving scene of accident-injury.

12. At all times material hereto, the acts and omissions of the Defendants as previously set forth were the proximate cause of the damages as hereinafter set forth.

13. That Plaintiff Lamb has suffered the following damages:

      a. past and future physical and mental pain and suffering;

      b. past and future medical, hospital, and doctor expenses;

      c. past and future loss of income and earning capacity;

      d. past and future loss of function;

      e. punitive damages; and

      f. other undetermined damages.

**WHEREFORE,** Plaintiff Orlando O'Farrill Lamb prays the Court to enter judgment against Defendant Michael P. Adams for such sums as the jury determines will fully, fairly, and adequately compensate the Plaintiff for his damages and injuries; for interest on this judgment in the maximum amount provided by for law, and for the costs of this action.

## COUNT II – Negligent Entrustment

14. Plaintiff Lamb reasserts paragraphs 1-13 as fully set forth herein.

15.     At all times material hereto, Defendant Titan Corporation, LLC was the legal registered owner of the 2007 Western Star Tractor, driven by Defendant Michael P. Adams when the motor vehicle collision occurred.

16.     That on said date and time Defendant Titan negligently entrusted their vehicle to Defendant Adams.

17.     That Defendant Titan's negligent entrustment of their vehicle to Defendant Adams, includes, but is not limited to, the following:

    a.  entrusting the operation of his vehicle to a party who is reckless in his driving habits;

    b. entrusting the operation of his vehicle to a person who is incompetent in operating the vehicle safely and abiding by traffic laws and safety rules.

18.     At all times material hereto, the acts and omissions of Defendant Titan as previously set forth were the proximate cause of the damages as hereinafter set forth.

19.     That Plaintiff Lamb has suffered the following damages due to Defendant Titan's negligent entrustment:

    a. past and future physical and mental pain and suffereing;

    b. past and future medical, hospital, and doctor expenses;

    c. past and future loss of income and earning capacity;

    d. past and future loss of function;

    e. punitive damages; and

    f. other undetermined damages.

**WHEREFORE,** Plaintiff Orlando O'Farrill Lamb prays the Court to enter judgment against Defendant Titan Corporation LLC for such sums as the jury determines will fully, fairly,

and adequately compensate the Plaintiff for his damages and injuries; for interest on this judgment in the maximum amount provided by for law, and for the costs of this action.

### COUNT III – Negligent Hiring

20.     Plaintiff Lamb reasserts paragraphs 1-19 as fully set forth herein.

21.     Defendant Titan Corporation knew or should have known about Michael P. Adams' background, which if known would have indicated a dangerous or untrustworthy character.

**WHEREFORE,** Plaintiff Orlando O'Farrill Lamb respectfully requests and prays that the Court enter judgment against the Defendant Titan Corporation LLC for such sums as the jury determines will fully, fairly, and adequately compensate the Plaintiff for his damages and injuries including compensatory damages, punitive damages in the maximum amount provided by law; court costs and such other relief as the Court finds is equitable and appropriate under the law.

### COUNT IV – Negligent Supervision

22.     Plaintiff Lamb reasserts paragraphs 1-21 as fully set forth herein.

23.     Defendant Titan Corporation LLC failed to supervise Michael P. Adams and should have foreseen that injuries suffered by Plaintiff would likely occur under the circumstances.

WHEREFORE, Orlando O'Farrill Lamb respectfully requests and prays that the Court enter judgment against the Defendant Titan Corporation LLC for such sums as the jury determines will fully, fairly, and adequately compensate the Plaintiff for his damages and injuries including compensatory damages, punitive damages in the maximum amount provided by law; court costs and such other relief as the Court finds is equitable and appropriate under the law.

## COUNT V – Punitive Damages

24. Plaintiff Lamb reasserts paragraphs 1-23 as fully set forth herein.

25. The conduct of Titan Corporation LLC and Michael P. Adams constitutes willful and wanton disregard for the rights and safety of others, including Plaintiff.

**WHEREFORE**, Plaintiff Orlando O'Farrill Lamb respectfully requests and prays that the Court enter judgment against the Defendant Titan Corporation LLC for such sums as the jury determines will fully, fairly, and adequately compensate the Plaintiff for his damages and injuries including compensatory damages, punitive damages in the maximum amount provided by law; court costs and such other relief as the Court finds is equitable and appropriate under the law.

## Jury Demand

**COMES NOW** the Plaintiff, by and through his undersigned attorneys, and hereby requests a trial by jury on all issues involved herein.

Respectfully Submitted,

By: */s/Bruce H. Stoltze*
Bruce H. Stoltze  (AT0007521)
Amanda M. Bartusek  (AT0011789)
Stoltze & Stoltze, PLC
300 Walnut, Ste. 260
Des Moines, Iowa  50309
Telephone:  515.244.1473
Facsimile:   515.244.3930
E-mail:  bruce.stoltze@stoltzelaw.com
E-mail:  Amanda.bartusek@stoltzelaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 10th day of July 2017, I electronically filed the foregoing with the Clerk of Court using the CM-ECF system which will send notification of such filing to the following:

Matthew Jacobson
WHITFIELD & EDDY
699 Walnut Street, Suite 2000
Des Moines, IA 50309
Attorneys for Defendant Titan Corporation, LLC

*/s/Bruce H. Stoltze*