IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORLANDO O'FARRILL LAMB,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL P. ADAMS and TITAN CORPORATION, LLC,<br><br>  Defendants. | Case No. 4:17-cv-129<br><br>**DEFENDANTS' CONCURRENCE WITH PLAINTIFF'S STIPULATED DISMISSAL WITH PREJUDICE** |

Defendants hereby concur with Plaintiff's Stipulated Dismissal with Prejudice and stipulate that the above cause be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: September 18, 2017.

                                    Respectfully submitted,

                                    WHITFIELD & EDDY, P.L.C.
                                    699 Walnut Street, Suite 2000
                                    Des Moines, IA  50309
                                    Telephone:  (515) 288-6041
                                    Fax:  (515) 246-1474
                                    Email: Jacobson@whitfieldlaw.com
                                                       Hermsen@whitfieldlaw.com

                                    By */s/ Matthew Jacobson*
                                        Matthew Jacobson

                                    By */s/ Zach Hermsen*
                                        Zach Hermsen
                                    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Bruce H. Stoltze
Amanda M. Bartusek
Stoltze & Stoltze, PLC
300 Walnut St., Suite 260
Des Moines, Iowa 50309
Phone: (515) 244-1473
Email: bruce.stoltze@stoltzelaw.com
          amanda.bartusek@stoltzelaw.com
ATTORNEYS FOR PLAINTIFF

            By: */s/ Zach Hermsen*
              Zach Hermsen